IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

PROSTRAKAN, INC. and STRAKAN
INTERNATIONAL S.á r.l.,

      Plaintiffs,

    v.

ACTAVIS LABORATORIES UT, INC. and
ALLERGAN PLC,

      Defendants.

Case No:  2:16-CV-00044-RWS-RSP

## JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

Pursuant to the Court's Order dated August 11, 2016 (Dkt. 22), Plaintiffs ProStrakan, Inc.

and Strakan International S.á r.l., (collectively "Plaintiffs") and Defendant Actavis Laboratories

UT, Inc., hereafter referred to as "the Parties," hereby submit the attached Stipulated Protective

Order as Exhibit A.  The Parties have no disagreements with respect to the proposed Stipulated

Protective Order and respectfully request the Court to enter same.

Dated:  October 27, 2016

By: */s/ Larry A. Phillips*
Larry A. Phillips
Texas State Bar No. 15937755
larryphillips@siebman.com
**Siebman, Burg, Phillips & Smith, LLP**
300 N. Travis St.
Sherman, Texas 75090
Telephone: (903) 870-0070
Facsimile: (903) 870-0066

Gary E. Hood, Lead Counsel
Illinois State Bar No. 6281580
ghood@polsinelli.com
Mark Deming
Illinois State Bar No. 6299631
mdeming@polsinelli.com

Respectfully submitted,

By: */s/ William E. Davis, III*
William E. Davis, III
Texas State Bar No. 24047416
**THE DAVIS FIRM, PC**
213 N. Fredonia Street, Suite 230
Longview, Texas  75601
Telephone:  (903) 230-9090
Facsimile:  (903) 230-9661
E-mail: bdavis@bdavisfirm.com

Kerry B. McTigue
Barry P. Golob
W. Blake Coblentz (*Pro Hac Vice*)
Aaron S. Lukas (*Pro Hac Vice*)
Ryan P. Bottegal (*Pro Hac Vice*)
Eric J. Choi (*Pro Hac Vice*)

**POLSINELLI PC**
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone: (312) 873-3653
Facsimile: (312) 275-8736

*Attorneys for Defendant Actavis*
*Laboratories UT, Inc.*

**COZEN O'CONNOR**
1200 Nineteenth Street N.W.
Washington, DC 20036
Telephone: (202) 912-4800
Facsimile: (202) 861-1905
Email:  kmctigue@cozen.com
 bgolob@cozen.com
 wcoblentz@cozen.com
 alukas@cozen.com
 rbottegal@cozen.com
 echoi@cozen.com

*Attorneys for Plaintiffs ProStrakan, Inc. and*
*Strakan International S.á r.l.*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on October 27, 2016.

*/s/ William E. Davis, III*
William E.  Davis, III