# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PROSTRAKAN, INC. and STRAKAN INTERNATIONAL S.á r.l., <br><br> Plaintiffs, <br><br> v. <br><br> ACTAVIS LABORATORIES UT, INC. and ALLERGAN PLC, <br><br> Defendants. | Civil Action No. 2:16-cv-0044 <br><br> **Jury Trial Demanded** |

## PROPOSED ORDER

Before the Court is Plaintiffs Prostrakan, Inc. and Strakan International S.á r.l. ("Plaintiffs") and Defendant Actavis Laboratories UT, Inc. ("Actavis"), joint motion to dismiss Defendant Allergan plc ("Allergan") without prejudice. The Court, having considered the parties submission, and good cause being shown, hereby GRANTS the motion and ORDERS that Allergan plc is dismissed without prejudice.

**SIGNED this 18th day of November, 2016.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE